# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Eaglemed LLC et al

                              **Plaintiff,**

vs.                                       Case Number: 15-CV-26-J

Wyoming Department of Workforce Service
Workers Compensation Division et al

                              **Defendant.**

## CIVIL MINUTE SHEET - MOTION HEARING

☐ This minute sheet also contains a Minute Order

☐ Telephonic

Date: Dec 11, 2015     Time: 10:04-11:21/11:37-11:50

| Alan B. Johnson | Tammy Hilliker | Julie Thomas | Sean Larson |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   Matthew Smith, Richard Mincer

Attorney(s) for Defendant(s)   Charlotte Powers, John Rosetti

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 29 | Summary Judgment | Under Advisement |
| Defendant | 31 | Dismiss | Under Advisement |

☐ Briefs to be filed on or before       by
                                                 by

☑ Order to be prepared by ☑ Court   ☐ Attorney

Other:
Arguments by both parties